IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                                         14-CR-30214-DRH

KATHY SUE TOMES,
        Defendant.

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Pending before the Court is a motion for determination of mental competency of defendant pursuant to 18 U.S.C. § 4241 and memorandum in support thereof (Doc. 87). Based on the reasons stated in the motion, the Court **GRANTS** the motion and finds pursuant to 18 U.S.C. § 4241(a) finds that there is reasonable cause to believe that defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. Thus, pursuant to 18 U.S.C. § 4241(b), the Court **ORDERS** that a psychiatric or psychological examination of defendant Tomes be conducted by a licensed or certified psychiatrist or psychologist at a location to be designated by the Attorney General and that a psychiatric or psychological report be filed with the Court, pursuant to the provisions of section 4247(b) and (c).

The United States Marshal shall transport the defendant to the location designated by the Attorney General and upon completion of the examination, return

her to the Court for a hearing in accordance with the provisions of Title 18 U.S.C. § 4241(a) and (c) and 4247(d).

Further, the Court **ORDERS** Tomes to voluntarily surrender to the United States Marshall upon its direction *after* designation of the facility location and the completion of the transportation arrangements.

The defendant is ordered to remain at the facility until such time as the examination period is deemed complete by the mental health practitioner.

The examination shall be completed within 30 days unless an extension of this time is granted by the Court. A psychiatric or psychological report shall be filed with this Court in accordance with Title 18 U.S.C. § 4247(c), with copies to counsel, which shall include:

1. The defendant's history and present symptoms.
2. A description of the psychiatric and medical tests that were employed and their results.
3. The examiner's opinions as to diagnosis, prognosis, and ---
4. The examiner's findings as to whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The 30 days allowed for the examination under this Order shall begin on the day the Defendant is first physically present at a location designated by the Attorney General.

**Further, based on the above, the Court *sua sponte* SEVERS Tomes from**

**the other defendants that have not pled guilty in this case: Michael Alan Flanagan; Dusty Jo Gambill; and David Leroy Altom.  Finally, the trial, currently set for July 27, 2015, is CONTINUED only as to TOMES** until such time as the evaluation and reports are completed and a hearing can be held in accordance with 18 U.S.C. § 4247(d). The, "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant," is excludable under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(A); *see United States v. Fuller*, 86 F.3d 105, 106 (7th Cir. 1996).

**IT IS SO ORDERED.**

Signed this 10th day of June, 2015.

Digitally signed by David R. Herndon
Date: 2015.06.10 12:07:02 -05'00'

**United States District Court**